IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID RENDER, :
:
    Plaintiff(s), :
: Case Number: 1:07cv489
vs. :
: District Judge Susan J. Dlott
FOREST PARK POLICE DEPARTMENT, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on June 16, 2008(Doc. 28), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 7, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, Plaintiff's Motion for Entry of Default (Doc. 7) is **DENIED.**

IT IS SO ORDERED.

                                                                  ___s/Susan J. Dlott_____
                                                                  Susan J. Dlott
                                                                  United States District Judge